IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

No. 5:25-MC-00019-BO

| | | |
|---|---|---|
| UNITED STATES OF AMERICA<br><br>Petitioner,<br><br>v.<br><br>NORTH CAROLINA DEPARTMENT OF REVENUE<br><br>Respondent. | ) | **ORDER** |

Before the Court is the United States' Petition, brought on behalf of the Social Security Administration, Office of the Inspector General, to Enforce Administrative Subpoena *Duces Tecum*. Upon review of the petition, the Court finds that N.C. Gen. Stat. § 105-259(b)(1) allows for disclosure of tax information in response to an administrative subpoena *duces tecum* issued pursuant to the Inspector General Act of 1978 ("IG Act"), 5 U.S.C. § 406(a)(2), and that the state statute is preempted to the extent it conflicts with the subpoena power conferred upon the Inspector General by the IG Act.

IT IS, THEREFORE, **ORDERED** THAT:

1. Petitioner's Petition is **GRANTED**; and

2. Within 30 days of the date of this Order, Respondent shall produce

records responsive to the administrative subpoena *duces tecum* dated December 18, 2024, Re: OI Case No. A25000822, to wit: Taxpayer Correspondence File, State Tax Account Transcript, and Any Other Pertinent Documents, Correspondence, or Other Records Not Previously Mentioned[1] for Rigged Right Charters, LLC for the time period 01/04/2021 through 12/13/2024.

SO ORDERED, this the 10 day of July 2025.

Terrence Boyle
TERRENCE W. BOYLE
United States District Court Judge

[1] To the extent the Respondent cannot produce "State Tax Account Transcripts," the request for "Any other pertinent documents, correspondence, or other records not previously mentioned" includes all available records with tax information on Rigged Right Charters, LLC, in Respondent's possession.