IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

Case No. 5:25-MC-00019-M

UNITED STATES OF AMERICA,

Petitioner,

v.

NORTH CAROLINA DEPARTMENT OF REVENUE,

Respondent.

ORDER

This matter comes before the court on the parties' Joint Motion for Entry of Consent Order [DE 26]. After review of all submitted materials, and in light of the parties' consent, the court finds that the records and information sought by the United States in this action are necessary and material to a federal investigation and cannot reasonably be obtain under the circumstances from another source. Accordingly, the joint motion [DE 26] is GRANTED, the court's prior order [DE 3] is VACATED, Defendant's Motion to Alter Judgment [DE 6] is DENIED AS MOOT, and the court ORDERS that the North Carolina Department of Revenue produce all records and documents within its possession or control which are responsive to SSA-OIG Subpoena No. GRO2300097H within sixty (60) days of the entry of this order. Upon consent of the parties, the Department may seek relief from this order on a case-by-case basis.

SO ORDERED this 29th day of July, 2026.

Richard E Myers II

RICHARD E. MYERS II
CHIEF UNITED STATES DISTRICT JUDGE