IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

Case No. 5:25-MC-00019-M

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Petitioner,<br><br>v.<br><br>NORTH CAROLINA DEPARTMENT OF REVENUE,<br><br>Respondent. | ORDER |

This matter comes before the court on the United States' unopposed Motion to Amend Judgment [DE 28]. The United States advises that in its prior motion, it listed an incorrect subpoena number. *Id.* at 1. Accordingly, it moves the court to amend its July 29, 2026, consent order directing Respondent to comply with the subpoena. *Id.* Pursuant to Federal Rule of Civil Procedure 59(e), and for good cause shown, the motion is GRANTED, and the court's July 29, 2026, order is AMENDED to read as follows:

This matter comes before the court on the parties' Joint Motion for Entry of Consent Order [DE 26]. After review of all submitted materials, and in light of the parties' consent, the court finds that the records and information sought by the United States in this action are necessary and material to a federal investigation and cannot reasonably be obtain under the circumstances from another source. Accordingly, the joint motion [DE 26] is GRANTED, the court's prior order [DE 3] is VACATED, Defendant's Motion to Alter Judgment [DE 6] is DENIED AS MOOT, and the court ORDERS that the North Carolina Department of Revenue produce all records and documents within its possession or control which are responsive to SSA-OIG Subpoena No. A25000822

within sixty (60) days of the entry of this order. Upon consent of the parties, the Department may seek relief from this order on a case-by-case basis.

SO ORDERED this 31st day of July, 2026.

Richard E. Myers II

RICHARD E. MYERS II
CHIEF UNITED STATES DISTRICT JUDGE